463 A.2d 37

Commonwealth v. Bond, Appellant.

Petition for Allowance of Appeal
Denied Jan. 20, 1984.

Argued March 1, 1983. William Z. Scott, Jr., for appellant; Richard W. Webb, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CAVANAUGH and WIEAND, JJ.

Judgment of sentence affirmed.

WIEAND, J., concurred in the result.

463 A.2d 38

Commonwealth v. Britt, Appellant.

Submitted May 11, 1982. Charles David Younger, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.